IRENE RUZIN, ATTORNEY AT LAW CSB# 125763
LAW OFFICES OF IRENE RUZIN
16311 VENTURA BLVD., SUITE 900
ENCINO, CA 91436
TEL:  (818) 325-2888
FAX: (818) 325-2890
ireneruzin@earthlink.net

Attorney for Plaintiff, JOHN CLEVELAND

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOHN CLEVELAND,<br><br>　　　　Plaintiff,<br>　　vs.<br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendants.<br>_____ | ) Case No.: CV 07-00184 CT<br>)<br>) <u>ORDER</u><br>) <u>AWARDING EAJA FEES</u><br>)<br>)<br>)<br>) CAROLYN TURCHIN<br>) UNITED STATES MAGISTRATE<br>) JUDGE<br>) |

　　　　Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

**IT IS ORDERED** that Plaintiff' attorney, Irene Ruzin,  as Plaintiff's

assignee,  is awarded attorney's fees under the Equal Access to Justice Act

("EAJA") in the amount of FOUR THOUSAND TWO HUNDRED DOLLARS

($4,200.00), as authorized by 28 U.S.C. § 2412(d), and subject to the terms and

conditions of the Stipulation.

DATED:  <u>8/26/08</u>

<u>CAROLYN TURCHIN</u>
CAROLYN TURCHIN
U.S. MAGISTRATE JUDGE
